FILED
2007 Jan-09 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **GREGORY LEE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. CV 04-S-233-NE |
| **WARDEN BILLY MITCHEM, et al.,** | ) |
| **Defendants.** | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 30, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and it hereby is ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final

Judgment will be entered.

DONE this 9th day of January, 2007.

_____
United States District Judge